PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: peter_wolff@fd.org

Counsel for Petitioner
ROYCE C. GOUVEIA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROYCE C. GOUVEIA<br>Petitioner<br><br>v.<br><br>NOLAN ESPINDA, et al.,<br>Respondents | No. 1:17-cv-00021-SOM-KJM<br><br>Petitioner's Verification of Petition and Additional Filings; Certificate of Service |

**Petitioner's Verification of Petition and Additional Filings**

I, Royce C. Gouveia, hereby declare under penalty of perjury that the factual statements set forth in the petition filed on my behalf on 01/18/2017 [CM/ECF #1], are true and correct.

Further, I hereby declare under penalty of perjury that the factual statements set forth in the various memoranda subsequently filed on my behalf [CM/ECF #2, #14, #16, and #19) are true and correct.

Finally, I hereby declare under penalty of perjury that the documents attached as exhibits to Petitioner's Excerpts of State Court Record (CM/ECF #3), as well as the documents attached as exhibits to Petitioner's Supplemental Memorandum (CM/ECF #16) are true copies.

DATED: Honolulu, Hawaii, August 16, 2017.

ROYCE C. GOUVEIA

*Gouveia v. Espinda, et al.*, No. 1:17-cv-00021-SOM-KJM
District of Hawaii
Petitioner's Verification of Petition and Additional Filings

# CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that on the date noted below, a true and correct copy of the foregoing was served by U.S. Mail on:

> DONN FUDO
> Deputy Prosecuting Attorney
> Department of the Prosecuting Attorney
> 1060 Richards Street
> Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, August 16, 2017.

PETER C. WOLFF, JR.
Attorney for Petitioner
Royce C. Gouveia